# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Crim. No.: 15-20564
                               Honorable Nancy G. Edmunds
v.                       Magistrate Judge Anthony P. Patti

SAMUEL DAVIS,

        Defendant.

## ORDER OF DETENTION PENDING SUPERVISED RELEASE HEARING

On May 19, 2025, the defendant was brought before the Undersigned judicial officer for a detention hearing, pending his supervised release violation (SRV) hearing before Judge Nancy G. Edmunds on June 18, 2025. After placing its reasoning on the record, all of which is hereby incorporated by this reference as though fully restated herein, the Court finds: (1) pursuant to 18 U.S.C. 3142(d)(2), that the defendant was placed on supervised release on September 23, 2022 for a period of 3 years, after serving 6 years incarceration on a federal conviction for carjacking, aiding and abetting; (2) that he may flee or pose a danger to any other person or the community; (3) pursuant to 18 U.S.C. 3142(e)(2), that no condition or combination of conditions can reasonably assure the defendant's appearance for the upcoming hearing before Judge Edmunds, his own safety or the safety of the community; and, (4) pursuant to Rule 32.1(a)(6), the defendant has failed to establish

by clear and convincing evidence that he is not likely to flee or pose a danger to the safety of other persons in the community if released. Accordingly, the defendant is placed in the custody of the United States Marshal Service and hereby **DETAINED** until Judge Edmunds considers his supervised release charges.

**IT IS SO ORDERED.**

Dated: May 20, 2025
Detroit, Michigan

                                          ANTHONY P. PATTI
                                          United States Magistrate Judge